In the United States District Court for the Middle District of Pennsylvania

Bryan Norris
  vs
Officer Defraine
Ralpho Township
Supervisor Jhon Doe

FILED SCRANTON
JAN 20 2023
Per _____
DEPUTY CLERK

42 U.S.C. 1983

Each and every person acted in individual and offical copasity, under color of state law to whit violated my protected constuted rights.

I Bryan Norris was driving from Catawissa to Shamokin on a date between march 15th to april 15th (on or about). When I was pulled over by officer defraine. Officer Defraine thought I was under the infuence so he pulled me out and tried to administer a field sobriety test.
When I was unable to because of the cold weather, wind and lack of any winter clothes officer Defrain turned me around and put me in handcuffs, without explainsing anything

he~~do~~ pot me in the back of the squad car and drove me to some kind of a civic center.

When we got there he opened the door and I asked what were we doing here. Defrain only said to get out and walk inside. By this time two or three other police officers have gathered outside and in.

Officer defrain then administered what I was told was a field sobriety test.

I was told I failed and was brought to the local jail

During the process of alledged field sobriety test I felt my life was in danger because of the inproper information that was given to me and the gathering of cops for a field sobriety test.

Officer Defrasne was later terminated for simaler instances of improper conduct. His suprieor knew or should have known ~~the~~ of the inproper conduct of this officer. imposed on citizens

I Bryan Norris am asking if I can proceed forma pauperis' as I am a indigent detainee I request relief in the amount $250,000 in compinsation

in the improper infridgement of my constitutional rights.

Sincerly

Bryan Norris

01-15-23

to clerk of court
    peter J. Walsh

I am currently incarcerated in the Snyder County Jail, I'm awaiting transfer to a S.C.I. within a week or two

I'm not sure which one they will transfer me to.
I will keep in contact with letters when I'm able to. ASAP

FILED
SCRANTON
JAN 20 2023
Per_____
DEPUTY CLERK

Bryan Norris c/o
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

William J. Nealon Federal Bldg. & U.S. Courthouse
United States Office of the Clerk
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

legal Mail

RECEIVED
SCRANTON
JAN 20 2023
PER _____
DEPUTY CLERK