FILED
HARRISBURG, PA
MAR 15 2023
_____ In2
DEPUTY CLERK

Bryan Norris     4:23-CV-0108

## amended complaint

On or about march 15 to april 15 of the year 2021 I was traveling between Catawissa and Shamokin in PA. I was pulled over by officer defrain. He proceeded to give me a field sobriety test for which I protested for which was very cold and I was only wearing shorts and a sleeveless shirt.

Officer defrain than told me to turn around and put me in handoffs placed me in a squad car and drove me to some building miles down to road away from the scean. He did not state the reason for his actions even though I asked.

When we got to wherever He drove me he opened the door and told me to get inside. The demeaner and lack of reason started to scare me

Whithin a few miniutes more officers showed up and I saw snickering at me and the sound of racial slors. At this time I was afraid for my life.

We all went inside. I asked to leave and was Denied. He Had me preform many tests.

After a unknown amount of time I was told I was under arrest and drivin to the local Jail in Columbia County.

I hope this is a agreeable amended complaint. I would be willing to coperate in any way with the Court, thank you.

Bryan Norris  Q.P. 4412
SCI Camp Hill
PO Box 200
Camp Hill PA 17001

RECEIVED
HARRISBURG, PA
MAR 15 2023
ER _____
DEPUTY CLERK

HARRISBURG PA 171
13 MAR 2023 PM 2

US POSTAGE PITNEY BOWES
ZIP 17011 $ 000.60
02 4W
0000375947 MAR 13 2023

US courthouse & fed building
228 walnut street
PO Box 983
Harrisburg PA 17108

17108-098383